MAX SCHWEIGER, Appellant, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Respondent.

(Argued December 11, 1933; decided January 9, 1934.)

*Jay Leo Rothschild* and *Walter S. Beck* for appellant.
*Harold L. Warner* and *George D. Yeomans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.